**IT IS ORDERED**

**Date Entered on Docket: August 6, 2020**



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW MEXICO

In re:  **MICHAEL J. NEMELKA**                          Case No.  19-12795-t13
**MARIA GUADALUPE NEMELKA**
Debtor(s).

### ORDER FOR TRUSTEE  TO ABANDON REAL PROPERTY OF THE ESTATE
### AND
### ORDER ALLOWING DEBTORS TO SELL REAL PROPERTY

**THIS MATTER** came before the Court on the Motion For Trustee to Abandon Interest in

Real Property and For an Order Allowing Debtors to Sell Real Property filed by the Debtors.  The

Court being sufficiently advised.

IT IS THEREFORE ORDERED, that:

1. This bankruptcy case was filed on December 5, 2019.

2. Debtors' Chapter 13 Plan was confirmed on April 13, 2020.

3. The bankruptcy estate contains real property consisting of the Trustee's interest in
   Debtors' primary residence with the physical address 9928 Wellington NE, Albuquerque,
   NM  87111.

4. Truist Bank has an interest in said property as a consensual first mortgage lien holder, or assignee of same. Mountain America Federal Credit Union has an interest in said property as a consensual home equity line of credit lien holder. To Debtors' and Counsel's knowledge, there are no other liens on this property.

5. It is in the best interests of the estate, and those who have an interest therein, that the interest in said real property be abandoned and that Debtor be allowed to sell the residence, as the Debtors will be able be make plan payments and not have to pay for the real property and their rental.

6. There is no equity in the property exceeding the amount permitted under the appropriate exemptions as set forth in Amended Schedule C.

7. The Chapter 13 Trustee shall abandon the aforementioned property of the estate and the Debtors shall be allowed to sell the real property.


### END OF ORDER ###

Submitted by:

/s/ Jason M. Cline  *Electronically Submitted*
Jason M. Cline
Attorney for Debtor(s)
2601 Wyoming Blvd. NE, Ste. 108
Albuquerque, NM  87112
Telephone: 505-595-0110
jason@attorneyjasoncline.com